THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES A. LAWRENCE,

    Plaintiff,

v.

THE HOME DEPOT 4711,

    Defendant.

Case No. 2:17-cv-01193-RSL

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

## I. STIPULATION

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action by plaintiff James A. Lawrence against defendants Anne Terra and The Home Depot 4711 may be dismissed with prejudice and without an award of costs or fees.

Dated: December 11, 2017

By _[signature]_
James A. Lawrence, *Pro Se*
Plaintiff

LANE POWELL PC

By _[signature]_
D. Michael Reilly, WSBA No. 14674
Attorneys for Defendants Anne Terra and The Home Depot 4711

///

///

///

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL: 2:17-CV-01193-RSL - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

106666.1054/7141621.1

## II. ORDER

The parties having stipulated for dismissal of any and all claims or causes of action by plaintiff James A. Lawrence against defendants Anne Terra and The Home Depot 4711 with prejudice and without an award of costs or fees, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action by plaintiff against defendants are hereby dismissed with prejudice and without an award of costs or fees.

DATED this 12th day of December, 2017.

*/s/ Robert S. Lasnik*

Hon. Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By _____
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Attorneys for Defendants Anne Terra and
The Home Depot 4711


By _____
James A. Lawrence, *Pro Se*
Plaintiff

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL: 2:17-CV-01193-RSL - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

106666.1054/7141621.1